# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GEOKESHIA DENISE CAMPBELL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WYNDHAM VACATION RESORTS, INC.,<br>　　*et al.*,<br><br>　　　　Defendants. | Case No. 2:15-cv-02127-MMD-CWH<br><br>**ORDER** |

Before the Court is Plaintiff's Motion to File Electronically (doc. # 20), filed December 28, 2015. In her motion, Plaintiff seeks leave to file electronically in the instant case. Pursuant to Special Order # 109, the Court will not grant such requests unless a moving party demonstrates to this Court that she satisfies the requirements for electronic filings. Because Plaintiff fails to demonstrate that she satisfies these requirements, the Court denies the instant motion.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion to File Electronically (doc. # 20) is **denied without prejudice**.

DATED: January 4, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　**C.W. Hoffman, Jr.**
　　　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**