# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| GEOKESHIA DENISE CAMPBELL, | ) | CASE NO. 2:15-cv-2127-MMD-CWH |
| Plaintiff, | ) | |
| v. | ) | |
| STEPHAN WYNDHAM, | ) | **ORDER** |
| Defendant. | ) | |
| _____ | ) | |

Presently before the Court is Plaintiff's Surreply to Defendant's Motion to Stay (ECF No. 33), filed July 8, 2016, styled "Plaintiff's Opposition and Response to Defendant's Reply."  Plaintiff has previously filed a Response to Defendant's Motion to Stay (ECF No. 31), and therefore this reply to Defendant's Reply (ECF No. 32) constitutes a surreply.  Under Local Rule 7-2(b), surreplies are not permitted without leave of the court, and motions for leave to file a surreply are discouraged.  Given that Plaintiff did not request the Court's leave to file, the Court will not consider the surreply.

IT IS THEREFORE ORDERED that Clerk of Court must STRIKE Plaintiff's Surreply to Defendant's Motion to Stay (ECF No. 33) from the Court's docket.

DATED: July 14, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge