# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GEORKESHIA DENISE CAMPBELL,

    Plaintiff,

v.

WYNDHAM VACATION RESORTS, INC., et al,

    Defendants.

Case No. 2:15-cv-02127-MMD-CWH

**ORDER**

Presently before the Court is pro se Plaintiff's motion to enjoin existing brief (ECF No. 46), filed on April 13, 2017. Defendants filed a response (ECF No. 47) on April 17, 2017. Plaintiff did not file a reply. Plaintiff also filed a "motion of sufficiency/evidence" (ECF No. 48) on April 28, 2017. Defendants have not filed a response. Also relevant to this matter is a letter (ECF No. 45) from the Beverly Hills City Attorney, filed on April 13, 2017.

Plaintiff's filings, which purport to be from both Plaintiff and the Beverly Hills City Attorney, request leave of the Court for the City of Beverly Hills to "enjoin in the existing brief filed by Ms. Campbell and be named as a plaintiff in fact." However, according to the Beverly Hills City Attorney, the City of Beverly Hills did not consent to Plaintiff's filing and does not seek to be a party in this case. See ECF No. 45.

Pro se parties are not authorized to make any filings on behalf of other persons or entities. *Johns v. Cty. of San Diego*, 114 F.3d 874, 876 (9th Cir. 1997). The privilege of acting pro se is personal, and cannot be used to represent another. *C.E. Pope Equity Trust v. U.S.*, 818 F. 2d 696, 697 (9th Cir. 1987). Plaintiff, who is acting pro se, is not authorized to make any filings on behalf of the City of Beverly Hills. The Court will therefore deny Plaintiff's motions.

//

//

//

| | |
|---|---|
| 1 | IT IS THEREFORE ORDERED that Plaintiff's motions to enjoin existing brief (ECF No. |
| 2 | 46) and for sufficiency/evidence (ECF No. 48) are DENIED. |
| 3 | DATED: May 1, 2017. |

_____
C.W. Hoffman, Jr.
United States Magistrate Judge