# UNITED STATES DISTRICT COURT

**** DISTRICT OF   NEVADA

GEOKESHIA DENISE
CAMPBELL,

     Plaintiff,            JUDGMENT IN A CIVIL CASE
  v.

                              CASE NUMBER:  **2:15-cv-02127-MMD-CWH**

WYNDHAM VACATION
RESORTS, INC., et al.,

     Defendant(s).

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' Motion to Dismiss (ECF No. 40) is granted.

May 18, 2017                                                                  **DEBRA K. KEMPI**
                                                                                   Clerk

                                                                                   /s/ K. Rusin
                                                                                 Deputy Clerk